# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17332-AMC

KAREN MCMULLEN

1914 East Lippincott Street

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN MCMULLEN

    1914 East Lippincott Street

    Philadelphia, PA 19134

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

Date: 4/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee