## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen McMullen<br>　　　　Debtor<br><br>Bayview Loan Servicing LLC<br>　　　　Movant<br>　　vs.<br><br>Karen McMullen<br>　　　　Debtor<br><br>William C. Miller<br>　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-17332 AMC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Bayview Loan Servicing LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 17, 2017 (Doc. No. 26).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

June 20, 2017