United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen McMullen  
    Debtor

Case No. 16-17332-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jul 21, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.  
db            +Karen McMullen,    1914 East Lippincott Street,    Philadelphia, PA 19134-3131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:

        ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        BRANDON J. PERLOFF    on behalf of Debtor Karen  McMullen bperloff@kminjurylawyers.com, kmecf1429@gmail.com  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                                                                                                                            TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Karen McMullen<br><br>                    Debtor(s)<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>                    Movant<br>           vs.<br><br>William C. Miller, Trustee<br>Karen McMullen<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 16-17332-AMC |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

**Date: July 21, 2017**

Ashely M. Chan
U.S. Bankruptcy Judge