United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 16-17332-amc
Karen McMullen                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: DonnaR          Page 1 of 1            Date Rcvd: Aug 09, 2017
                            Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db            +Karen McMullen,   1914 East Lippincott Street,   Philadelphia, PA 19134-3131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          BRANDON J. PERLOFF    on behalf of Debtor Karen  McMullen bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Bayview Loan Servicing LLC
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                           TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Karen McMullen

        Debtor(s).

13

Bky No. 16-17332 - amc

**ORDER**

    **AND NOW,** this 9th day of August, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $3,000.00 less $977.00 already paid with a remaining balance of $2,023.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:  **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Karen McMullen
1914 East Lippincott Street
Philadelphia, PA 19134