# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Karen McMullen | Chapter 13 |
|  | Bankruptcy No. 16-17332-AMC |
| Debtor | |
| | |
| Bayview Loan Servicing, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| William C. Miller, Trustee | |
| Karen McMullen | |
| Respondents | |

## ORDER

AND NOW, this  27th  day of  November , 2017, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 1914 E. Lippincott Street, Philadelphia, Pennsylvania 19134.

_____
Ashely M. Chan
United States Bankruptcy Judge