United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17332-amc
Karen McMullen                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 2           Date Rcvd: Feb 06, 2018
                              Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
```
db              +Karen McMullen,    1914 East Lippincott Street,    Philadelphia, PA 19134-3131
13902270        +Anne E. Swartz,    c/o Bayview Loan Servicing,    123 South Broad Street, Suite 1400,
                  Philadelphia, PA 19109-1060
13831067        +Bayview Loan Servicing LLC,    c/o McCalla Raymer Pierce LLC,    Bankruptcy Department,
                  1544 Old Alabama Road,    Roswell GA 30076-2102
13873432         Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                  Carol Stream, IL   60197-5008
13809516        +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13809517        +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13809520        +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
13809521        +Water Revenue Department,    1401 John F Kennedy Blvd,    Philadelphia, PA 19102-1606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Feb 07 2018 02:06:41     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:06:10
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2018 02:06:38     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:07     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13809514        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 07 2018 02:06:39
                  Bayview Loan Servicing, LLC,    4425 ponce De Leon Blvd,    Coral Gables, FL 33146-1837
13876590         E-mail/Text: camanagement@mtb.com Feb 07 2018 02:06:05     Bayview Loan Servicing, LLC,
                  c/o M & T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
13895581         E-mail/Text: bankruptcy@phila.gov Feb 07 2018 02:06:41     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13809515         E-mail/Text: bankruptcy@phila.gov Feb 07 2018 02:06:41     City of Philadelphia,
                  Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                  Philadelphia, PA 19102-1595
13809518         E-mail/Text: camanagement@mtb.com Feb 07 2018 02:06:05     M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
13809519        +E-mail/Text: bankruptcygroup@peco-energy.com Feb 07 2018 02:06:04     PECO,    2301 Market St,
                  Philadelphia, PA 19103-1380
13872805        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:16:47
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRANDON J. PERLOFF    on behalf of Debtor Karen  McMullen bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
```

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Feb 06, 2018
                              Form ID: pdf900              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor   Bayview Loan Servicing LLC ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN MCMULLEN           Chapter 13

         Debtor          Bankruptcy No. 16-17332-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __6th__ day of __February__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

Debtor:
KAREN MCMULLEN

1914 EAST LIPPINCOTT STREET

PHILADELPHIA, PA 19134